# United States District Court

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

ANTHONY WHITE

REDACTED

Criminal Complaint

CASE NUMBER: 07- 29M

(Name and Address of Defendant)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __February 12, 2007__ in __New Castle__ County, in the District of Delaware, defendant

knowingly possessed a firearm in and affecting interstate commerce, having previously been convicted of a felony.

in violation of Title _____18_____ United States Code, Section(s) __922 (g)(1)__ .

I further state that I am a(n) __Special Agent, ATF__ and that this complaint is based
Official Title
on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:    Yes

_____
Signature of Complainant
Veronica Hnat
Special Agent, ATF

Sworn to before me and subscribed in my presence,

__February 13, 2007__    at    __Wilmington, DE__
Date    City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer    Signature of Judicial Officer

## AFFIDAVIT

I, Veronica M. Hnat, having been duly sworn, depose and say:

I am a Special Agent with the Bureau of Alcohol, Tobacco and Firearms ("ATF") and am assigned to ATF's Wilmington, Delaware Office. I have been employed as an ATF Special Agent for approximately sixteen years.

As a result of my consultation with Detectives from the Delaware State Police, I am aware of the following:

On February 12, 2007, Delaware State Police, (DSP) executed a search warrant and an arrest warrant for Anthony White, DOB:     1980, at New Castle Delaware 19720. Upon execution of the search warrant, Delaware State Police recovered a Taurus, PT111SS, 9mm pistol, serial number TZH88776. Anthony White was mirandized and stated that he possessed the aforementioned firearm on three to four occasions. He stated that his fingerprints will be on the firearm because he has held the firearm and has shown his sister how to load the weapon.

Through training, experience and reference books, your Affiant knows that no Taurus firearms are manufactured in the state of Delaware, and therefore this pistol would have traveled in interstate commerce in order for it to have been recovered in the state of Delaware.

After reviewing White's criminal history on February 13, 2007, your Affiant knows that on or about 7/09/01, Anthony White pled guilty and was convicted of Carrying a Concealed Deadly Weapon, a felony, in the New Castle County Superior Court, Delaware.

Based on the information communicated to me by the Delaware State Police, as well as my own personal knowledge, there is probable cause that Anthony White violated 18 U.S.C. 922 (g)(1), that is, he was a convicted felon in possession of a firearm affecting interstate commerce and therefore respectfully requests that the court issue a complaint and arrest warrant for White.