IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,        :
                                 :
                Plaintiff,       :
                                 :
        v.                       :        Criminal Action No. 07-29M
                                 :
ANTHONY WHITE,                   :
                                 :
                Defendant.       :

### MOTION TO DISMISS COMPLAINT

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves to dismiss the Complaint in the above-captioned case in the interests of justice.

                              Respectfully submitted,

                              COLM F. CONNOLLY
                              United States Attorney

                         By: /s/ Douglas E. McCann
                              Douglas E. McCann
                              Assistant United States Attorney
                              1007 Orange Street, Suite 700
                              P.O. Box 2046
                              Wilmington, Delaware  19899-2046

DATED: April 14, 2008

        IT IS SO ORDERED this ___ day of April, 2008.

                              _____
                              HONORABLE MARY PAT THYNGE
                              UNITED STATES MAGISTRATE JUDGE